UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                          :
MAUREEN MATTERA,                          :
                                          :
                Plaintiff,                :       10 Civ. 852 (WHP)
                                          :
            -against-                     :       ORDER
                                          :
KAPLAN, INC., ANDREW S. ROSEN,            :
and ROBERT L. LANE                        :
                                          :
                Defendants.               :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 3/5/10

        The Clerk of Court is directed to strike Docket Nos. 7 and 8 for failure to comply

with this Court's rules of individual practice.

Dated: March 4, 2010
      New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                           U.S.D.J.

*Copy mailed to:*

Kevin P. Conway, Esq.
Conway & Conway
1700 Broadway, Suite 3100
New York, NY 10019
*Counsel for Plaintiff*

Clifford Ross Atlas
Jackson Lewis LLP
59 Maiden Lane
New York , NY 10038
*Counsel for Defendants*